IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SVEN PATRICK TRUMAN,                    :
                                        :
            Plaintiff(s)                :
                                        :   Case Number: 1:05cv272
     vs.                                :
                                        :   District Judge Susan J. Dlott
KENNETH JOHNSON, et al,                 :
                                        :
            Defendant(s)                :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Hogan filed on August 25, 2005(Doc. 10), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired September 7, 2005, hereby

ADOPTS said Report and Recommendations.

The Court ORDERS that Plaintiff's complaint is DISMISSED *sua sponte* by the court

without prejudice for his failure to show exhaustion of administrative remedies and Defendants'

motion to dismiss or in the alternative, defendants' motion for summary judgment (Doc. 6) be

DENIED AS MOOT.


IT IS SO ORDERED.



       s/Susan J. Dlott
       Susan J. Dlott
       United States District Judge